UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEONKA MONROE, on behalf of herself and other persons similarly situated<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>TOMORROW TELECOM, INC. and TOMORROW PCS, LLC<br><br><br><br>　　　　　　Defendants. | * CIVIL ACTION<br>*<br>*<br>* CASE NO. NO. 2:17-cv-08072<br>*<br>*<br>*<br>* JUDGE MARY ANN VIAL<br>* LEMMON<br>*<br>*<br>*<br>* MAGISTRATE JUDGE DANIEL E.<br>* KNOWLES, III<br>* |

*********************************************

## ORDER

Considering the foregoing Joint Motion to Approve Settlement Agreement filed by Plaintiff, Beonka Monroe, on behalf of herself and other persons similarly situated, and Defendants, Tomorrow PCS, LLC and Tomorrow Telecom, Inc.;

IT IS HEREBY ORDERED that said Settlement Agreement has been approved by this Court.

SO ORDERED, this __17th__ day of October, 2018.

_____
JUDGE